UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO MCKINNEY, | No. 2:14-cv-0475 DAD P |
| Petitioner, | |
| v. | ORDER |
| J. ACEBEDO, | |
| Respondents. | |

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed an application to proceed in forma pauperis.

    Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    After reviewing the petition filed in this action, the court has determined that the pending habeas petition must be dismissed with leave granted to file an amended petition. Specifically, it is not clear from petitioner's form petition what judgment of conviction he is challenging. Nor is it clear what petitioner's claims for relief are in this action since petitioner alleges only vague claims of "malicious prosecution" and "deny counsel" in the space provided for his grounds for relief and supporting facts. In any amended petition petitioner elects to file, he will need to

clarify what criminal conviction he is seeking to challenge, where that conviction was entered and explain why he believes he is entitled to federal habeas relief. <u>See</u> Rule 2(c), Federal Rules Governing Section 2254 Cases.

## CONCLUSION

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (Doc. No. 2) is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition." Failure to file an amended petition will result in dismissal of this action; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

Dated: March 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mcki0475.amd