UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO MCKINNEY, | No. 2:14-cv-0475 DAD P |
| Petitioner, | |
| v. | ORDER |
| J. ACEBEDO, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se. On April 2, 2015, the undersigned dismissed petitioner's second amended petition for failure to state a cognizable claim for relief. The court declined to issue a certificate of appealability and entered judgment in this action on the same day.[1] On April 20, 2015, plaintiff filed with this court a motion for a certificate of appealability and a motion for appointment of counsel which appears to have been directed to the Ninth Circuit Court of Appeals. Plaintiff is advised that he needs to file these motions with the Ninth Circuit Court of Appeals and not with this court.

/////

/////

/////

---

[1] Petitioner previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. Nos. 3 & 6)

1

1   Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a certificate of
2   appealability and motion for appointment of counsel (Doc. No. 18) are denied without prejudice
3   to their renewal before the Ninth Circuit Court of Appeals.
4   Dated:  October 1, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mcki0475.coa